STATE, *ex rel.* CARY D. LANDIS, Attorney General, and NANCY H. WELLS, Co-relator, v. CITY OF VERO BEACH.

153 So. 894.
Opinion Filed March 8, 1934.

*Alto Adams,* for Relator;
*Vocelle & Mitchell,* for Respondent.

PER CURIAM.—This writ of error was taken to a judgment for the respondent municipality in quo warranto proceedings. The information is not signed by or for the Attorney General and does not allege any matter which shows an unlawful usurpation of authority by the city that is remedial in this quo warranto proceeding.

Affirmed.

DAVIS, C. J., and WHITFIELD, TERRELL and BUFORD, J. J., concur.

ELLIS, J., concurs specially.

ELLIS, J. (concurring specially).—I agree to the affirmance on the ground that the information is not signed by the Attorney General or by anyone for him.